**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHARLES MOORE (#223268),

        Plaintiff,

v.

AMY COFFELT, ET AL., ,

        Defendant.

        Case No. 1:25-cv-12487
        District Judge David M. Lawson
        Magistrate Judge Anthony P. Patti

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME OR TO HOLD DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN ABEYANCE (ECF No. 33)**

Plaintiff's motion for an extension of time or to hold in abeyance Defendants' motion for summary judgment (ECF No. 33) is **GRANTED**, to the extent it seeks an extension only.  Plaintiff's deadline for responding to the amended summary judgment motion (ECF No. 30) is **HEREBY EXTENDED** to **June 19, 2026**.  Plaintiff's motion seeks more time "to resolve these issues." (ECF No. 33, PageID.687.)  It is unclear to the Court whether Plaintiff is referring to resolution of the grievance-related issues raised in the summary judgment motion, or resolution of the case as a whole.  If he believes that the entire case can be resolved by settlement at this time, and that the Court can assist in that effort by

holding a settlement conference, he is welcome to request one in writing. It is **SO**

**ORDERED**.

Dated: May 6, 2026

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE