# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHARLES MOORE,

      Plaintiff,

v.

AMY COFFELT, et al.,,

      Defendants.

_____/

Case No. 1:25-12487
District Judge David Lawson
Magistrate Judge Anthony P. Patti

## ORDER DENYING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY (ECF NO. 34) and MOTION FOR HEARING (ECF NO. 35) and GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF No. 38)

Plaintiff has filed a motion to substitute a party under Fed. R. Civ. P. 25 (ECF No. 34) upon the suggestion of the death of Defendant Timothy Rodda (ECF No. 28); however, he does not identify who should be substituted in for the deceased defendant. Plaintiff has also filed a motion for a hearing on his substitution request. (ECF No. 35.) Both of these motions are **HEREBY DENIED**, because, as Defendants correctly note, "it is Moore's responsibility to identify the successor or representative then timely move for substitution. It is not the Court or the other parties' role to do Moore's work for him or to assist him in identifying the party to be substituted for the decedent. As such, there is no reason for the Court to hold a

hearing, ostensibly for Moore to identify the successor or representative." (ECF No. 36, PageID.695.)

Plaintiff has also filed a motion (ECF No. 38) seeking a 90-day extension of his deadline for filing a response to Defendants' motion for summary judgment (ECF No. 30).  Defendants have not filed a timely opposition to this request.  The motion (ECF No. 38) is **GRANTED IN PART**.  Plaintiff's deadline for responding to the summary judgment motion is extended by 60 days to **August 21, 2026**.

**IT IS SO ORDERED.**

Dated:  June 6, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

2