UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES MOORE (#223268),

Plaintiff,

v.

AMY COFFELT, *et al*.,

Defendants.
_____________________________________/

Case No. 1:25-cv-12487

District Judge Michael C. Martin
Magistrate Judge Anthony P. Patti

**ORDER REGARDING DEFENDANTS WOOD AND STEWART**

## A. Background

Charles Moore (#223268) is presently located at the Michigan Department of Corrections (MDOC) Richard A. Handlon Correctional Facility (MTU). (ECF No. 50.) In August 2025, while located at the MDOC's G. Robert Cotton Correctional Facility (JCF), Moore filed this lawsuit, *in pro per*, against seventeen Defendants, including: (1) MDOC Director Washington; (2) JCF Food Service Director Coffelt; (3) JCF Acting/Assistant Food Service Director Meyers; (4) the BHCS JCF Dietician; (5-10) six JCF food service supervisors (Rodda, Wood, Stewart, Wahr, Manor, Montero); (11) JCF dietician Childress; (12) JCF Sergeant Mulfair; (13) JCF Grievance Coordinator Cobb; (14) JCF Sergeant Melvin; and, (15-17) three JCF corrections officers (Brown, Herron, Nickelson). (ECF No. 1, PageID.3-7 ¶¶ 8-24; PageID.27-28.)

**B. Service**

Plaintiff is proceeding *in forma pauperis*, (ECF Nos. 2, 5);[1] thus, the Court and the U.S. Marshals Service (USMS) are facilitating service of process (ECF Nos. 11, 25, 44-47). At this time, twelve Defendants have appeared via counsel. (ECF No. 26.) Five Defendants – *i.e.*, BHCS Dietician and Food Service Supervisors Rodda, Wood, Stewart, and Mulfair – have yet to appear.

This case has been referred to me for pretrial matters (ECF Nos. 12, 24, 53), and the Court now addresses the non-appearance of Defendants Wood and Stewart.

**C. "Unknown Wood" & "Unknown Stewart"**

Plaintiff describes "Unknown Wood" and "Unknown Stewart" as JCF Food Service Supervisors. (ECF No. 1, ¶¶ 13, 14.) On February 4, 2026, the U.S. Marshal Service (USMS) attempted service upon, *inter alia*, Defendants Wood and Stewart. (ECF No. 11, PageID.64, 65.) In March 2026, service seemed to be ongoing as to Wood and Stewart. (ECF No. 25, PageID.92.) On July 8, 2026, the Court entered orders directing the MDOC to furnish the USMS with Wood's and Stewart's last-known addresses. (ECF Nos. 45, 46.) In an email dated September 27, 2026, Assistant Attorney General (AAG) Allan Soros informed my case manager: "According to our file, JCF did not have employees with a surname of

[1] In August 2026, the Court was informed that Plaintiff's filing fee had been paid in full. (ECF No. 49.)

Stewart or Wood, and[,] without additional information, we do not know the identity of the intended defendants."

Upon consideration, no later than **October 21, 2026**, Plaintiff **SHALL**, in writing, provide: **(a)** further identification for Defendants Wood and Stewart, at which point the Court will provide appropriate direction to the Clerk of the Court and the USMS; or, **(b)** dismiss his claims against these Defendants without prejudice. A failure to comply with this order will result in a report recommending dismissal of Plaintiff's claims against Wood and Stewart.

**IT IS SO ORDERED.**

Dated: October 10, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE